Ian M. **FERGUSON**, a Minor by His Parents and Natural Guardians, Elizabeth J. Ferguson and Michael Ferguson and Elizabeth Ferguson and Michael Ferguson, In Their Own Right, Appellants,

v.

**COMMONWEALTH** of Pennsylvania, Medical Professional Liability Catastrophe Loss Fund and Pennsylvania Property and Casualty Insurance Guaranty Association, Appellees.

Supreme Court of Pennsylvania.

Aug. 18, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2003, the order of the Commonwealth Court is **AFFIRMED.**

Justice LAMB did not participate in the consideration or decision of this case.